WILLIAM E. FITZPATRICK
Acting United States Attorney
EAMONN O'HAGAN
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2874
Fax. 973-645-3210
email: EAMONN.OHAGAN@usdoj.gov
EO1937
(FLU:PM)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          *Plaintiff,*<br>v.<br><br>DAVID WILDSTEIN,<br><br>          *Defendant,*<br>and<br><br>VOYA FINANCIAL,<br>and its successors or assigns,<br><br>          *Garnishee.* | Hon. SUSAN D. WIGENTON<br><br>CRIMINAL No. ~~15-193~~ 15-209-S DW<br><br>**APPLICATION AND ORDER<br>FOR WRIT OF GARNISHMENT** |

  The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, David Wildstein, social security number \*\*\*-\*\*-7871, whose last known address is Sarasota, FL 34238 in the above cited action in the amount of $24,514.04, plus interest at the rate of 0% per annum and penalties.

  The total balance due and owing as of November 17, 2017 is $23,314.04.

  Demand for payment of the above-stated debt was made upon the debtor not less than 30

days from November 17, 2017 , and debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property in which David Wildstein has a substantial non-exempt interest. More specifically, the Garnishee is a financial institution which is believed to have in its custody, control, or possession, property belonging to the judgment debtor, David Wildstein .

The name and address of the Garnishee or his authorized agent is:

> Voya Financial
> Attn: Legal Department
> 230 Park Avenue
> New York NY 10169

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Garnishment.

WILLIAM E. FITZPATRICK
Acting United States Attorney

By:   EAMONN O'HAGAN
Assistant U.S. Attorney

IT IS, on this _20th_ day of _November_, 2017,

**ORDERED**, that the Clerk of the Court shall issue the Writ of Garnishment.

_____
HON. SUSAN D. WIGENTON, JUDGE
UNITED STATES DISTRICT COURT