UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**LAW OFFICES OF ALAN L. ZEGAS**
60 Morris Turnpike
Third Floor West
Summit, New Jersey 07901
(O) 973-379-1999
(F) 973-379-1998
Attorneys for Defendant,
David Wildstein

---

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| **Plaintiff,** | |
| : | Crim. No. 15-209 (SDW) |
| v. | |
| : | ORDER |
| **DAVID WILDSTEIN** | |
| **Defendant.** | |

---

**ORDER FOR RETURN OF MONETARY PENALITIES**

THIS COURT having vacated the Judgment of Conviction and dismissed the Information in this matter with respect to Mr. Wildstein and it being further determined by the Court that: (1) on July 12, 2017, the Court ordered Mr. Wildstein to pay a $10,000 fine, restitution of $14.314.04 and a special assessment of $200 ordered by the court, for a total of $24,514.04; (2) on May 8, 2018, the United States of America filed a Satisfaction of Judgment after Mr. Wildstein Paid in Full the monetary penalties imposed; and (3) on June 11, 2020, the Court vacated Mr. Wildstein's Judgment of Conviction and dismissed the Information against Mr. Wildstein.

It is hereby ORDERED:

(1) That the United States return any and all fines, restitution and special assessments paid by Mr. Wildstein in satisfaction of any prior judgment in this matter;

(2) That all monetary penalties, fines, restitution, special assessments, and forfeitures of any kind ordered in this matter are hereby vacated and no longer of any force and effect.

                                               *s/ Susan D. Wigenton*

HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE
*Dated: July 6, 2020*

Dated:     June _____, 2020
               Newark, New Jersey